**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Edward J Smith Jr.** | Social Security number or ITIN   **xxx−xx−4753** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **19−02107**

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward J Smith Jr.

April 29, 2019                                                                 **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                                United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Edward J Smith, Jr.  
    Debtor

Case No. 19-02107-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 2     Date Rcvd: Apr 29, 2019  
                      Form ID: 318     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
```
db              Edward J Smith, Jr.,    21W15 22nd St,    Lombard, IL  60148
27478152       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
27478153       +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
27478158       +Felicia Figlewicz,    21W115 22nd St,    Lombard, IL 60148-4804
27478159       +Jared/Sterling Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
27478160       +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
27478161       +Michelle Smith,    7639 Solana Dr,    Indianapolis, IN 46240-3094
27478163       +NTB/CBSD,    Citi Corp Credit Services Centralized Ba,    4300 TBC Way,
                 Palm Beach Gardens, FL 33410-4281
27478162       +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
27478164       +OAC Collection Specialists,    Attn: Bankruptcy,    Po Box 500,    Baraboo, WI 53913-0500
27478168       +Vincent Robertelli,    130 S Bloomingdale Rd,    PO Box 726,    Bloomingdale, IL 60108-0726
27478169       +West Suburban Bank,    711 S Westmore,    Lombard, IL 60148-3770
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QBPHELMS.COM Apr 30 2019 05:53:00      Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,
                 3400 West Lawrence,    Chicago, IL 60625-5104
27478148       +EDI: GMACFS.COM Apr 30 2019 05:53:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
27478149       +EDI: AMEREXPR.COM Apr 30 2019 05:58:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
27478150       +E-mail/Text: defaultspecialty.us@bbva.com Apr 30 2019 02:16:11      BBVA Compass,
                 Attn: Bankruptcy,    Po Box 10566,    Birmingham, AL 35296-0001
27478151       +EDI: CAPITALONE.COM Apr 30 2019 05:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
27478154        EDI: WFNNB.COM Apr 30 2019 05:58:00      Comenitybank/jared,    Attn: Bankruptcy Dept,
                 Po Box 18215,    Columbus, OH 43218
27478155       +EDI: WFNNB.COM Apr 30 2019 05:58:00      Comenitycapital/gmstop,    Attn: Bankruptcy Dept,
                 Po Box 183003,    Columbus, OH 43218-3003
27478156       +EDI: CRFRSTNA.COM Apr 30 2019 05:58:00      Credit First National Association,
                 Attn: Bankruptcy,    Po Box 81315,    Cleveland, OH 44181-0315
27478157       +EDI: DISCOVER.COM Apr 30 2019 05:58:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
27478165       +EDI: RMSC.COM Apr 30 2019 05:58:00      Syncb/car Care Carx,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
27482468       +EDI: PRA.COM Apr 30 2019 05:53:00      Synchrony Bank (CarX/SYCC),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
27478166       +EDI: RMSC.COM Apr 30 2019 05:58:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965061,    Orlando, FL 32896-5061
27478167       +EDI: RMSC.COM Apr 30 2019 05:58:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 13
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: admin              Page 2 of 2           Date Rcvd: Apr 29, 2019
                              Form ID: 318             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
         Brenda Porter Helms, ESQ   brenda.helms@albanybank.com,   bhelms@ecf.axosfs.com
         David H Cutler    on behalf of Debtor 1 Edward J Smith, Jr. cutlerfilings@gmail.com,
          r48280@notify.bestcase.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         TOTAL: 3